J-A02020-14

| LINDA MARIE PERRY | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| --- | --- |
| Appellee | |
| v. | |
| WAYNE J. PERRY | |
| Appellant | No. 363 EDA 2013 |

Appeal from the Order Entered December 28, 2012
In the Court of Common Pleas of Lehigh County
Domestic Relations at No(s): 2009-FC-1619

BEFORE:  FORD ELLIOTT, P.J.E., OTT, J., and STRASSBURGER, J.[*]

DISSENTING MEMORANDUM BY STRASSBURGER, J.

I respectfully disagree with the Majority's conclusion that the trial court did not abuse its discretion in awarding Husband only $2,000 in counsel fees.  On remand, we asked the trial court to clarify/explain its rationale for awarding Husband $2,000 of his requested $16,000 in counsel fees. The new trial court opinion explains why she ordered any counsel fees, but does not explain why she ordered only $2,000, when Husband presented evidence that he had paid $16,000. Trial Court Opinion, 8/29/2014, at 2. Thus, I respectfully dissent, and would reverse the order of the trial court and remand for the entry of a proportionate amount of counsel fees.[1]

_____

[*] Retired Senior Judge assigned to the Superior Court.

[1] The trial court specifically recognized that Husband's earning capacity was only $845 per month, while Wife was earning more than $100,000 per year
*(Footnote Continued Next Page)*

*(Footnote Continued)* ———————————————

prior to her retirement.  Thus, the math makes clear that the trial court's counsel fees award is disproportionate.